IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARILYN PHILLIPS              :
                              :
          v.                  :        CIVIL ACTION NO. 11-3376
                              :
TRANSUNION, LLC, ET AL.       :

**O R D E R**

  **AND NOW**, this  10th  day of  June  2011, it is **ORDERED** as follows:

1. An Initial Pretrial Conference will be held on June 22, 2011 at 11:00 a.m. in Chambers (Room 8614).   All trial counsel and unrepresented parties shall attend. Counsel participating in the conference must be authorized and empowered to discuss and make binding decisions with regard to all aspects of this case.

2. No later than five (5) days prior to the date of the Initial Pretrial Scheduling Conference, the parties shall file with the Court a written Joint Case Report which shall include the following information:

    a. A brief statement describing the facts of the case and the basis for the Court's jurisdiction over the parties and the action (not to exceed three (3) pages);

    b. A brief statement of all causes of action, the essential elements of each cause of action, and the relief sought;

    c.    A brief statement of the defenses asserted and the essential elements of each affirmative defense;

    d.    Whether the parties have complied with the disclosure requirements of Fed.R.Civ.P.26(a)(1) and, if not the date on which such disclosures will be completed;

    e.    The date by which the parties anticipate all discovery (including expert discovery) will be completed;

    f.    Whether all necessary parties have been properly joined, and if not, the name of any such party and each party's respective position of why such party is or is not necessary to the action;

    g.    Whether settlement negotiations have taken place and each party's respective position on settlement;

    h.    A list of all counsel who will be attending the Scheduling Conference identifying the party whom each attorney represents.

**IT IS SO ORDERED**.

                              **BY THE COURT:**

                              _____
                              **R. BARCLAY SURRICK, J.**